IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:       TRIPLE M TRUCKING, INC.           CASE NO. 4:05-40291 T
             Debtor                            Chapter 7

### REPORT OF UNCLAIMED FUNDS
### PURSUANT TO BANKRUPTCY RULE 3011

    The undersigned trustee of the above-styled estate states as follows for his report of unclaimed funds:

    1.    The following funds were returned to the trustee by the U.S. Postal Service. The bank account of this estate reflects that the following amounts are still on deposit, and the same represent payments mailed to the payee named below:

| Claim No. | Payee (Name & Address) | Dividend Amount |
|---|---|---|
| 10 | DME Express<br>151 E. 17th Street<br>Horton, KS 66439 | $ 550.00 |
| 10I | DME Express<br>151 E. 17th Street<br>Horton, KS 66439 | $ 77.15 |
| 20 | E.Y.E. Logistics, LLC<br>5939 Hoover Rd, Ste. 119<br>Grove City, OH 43123 | $2950.00 |
| 20I | E.Y.E. Logistics, LLC<br>5939 Hoover Rd, Ste. 119<br>Grove City, OH 43123 | $ 413.80 |
| 26 | Johnson Transport<br>813 North Frontage Road<br>Lorena, TX 76655 | $3000.00 |
| 26I | Johnson Transport<br>813 North Frontage Road<br>Lorena, TX 76655 | $ 420.82 |
| 29 | VISAS, Inc.<br>28123 Brentwood St.<br>Southfield, MI 48076 | $2700.00 |

  29I    VISAS, Inc.    $ 378.74
        28123 Brentwood St.
        Southfield, MI 48076

  2. Payment has been stopped on the above-listed checks or these checks have been returned as undeliverable, and have been voided.

  3. Pursuant to 11 U.S.C. 347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check has been tendered to the U.S. Bankruptcy Court in the amount of $ 618.44. This amount should be deposited in the Federal Reserve for the benefit of the unclaimed dividend payee.

Date: <u>August 7, 2009</u>        <u>/s/ Richard L. Ramsay</u>
                Richard L. Ramsay, Trustee